```
              IN THE UNITED STATES DISTRICT COURT
            FOR THE EASTERN DISTRICT OF PENNSYLVANIA


KEINO JOHNSON,                         :
                                       :
          Plaintiff,                   :    CIVIL ACTION
                                       :
     v.                                :    No. 18-cv-993
                                       :
SOUTH STREET DINER, INC.               :
(D/B/A SOUTH STREET DINER),            :
                                       :
          Defendant.                   :
```

## ORDER

AND NOW, this    24th    day of July, 2018, upon the parties' Stipulation of Dismissal (Doc. No. 9), it is hereby ORDERED that the above-referenced action is DISMISSED WITH PREJUDICE and without costs pursuant to Local Rule of Civil Procedure 41.1(b).


                                   BY THE COURT:


                                   s/J. Curtis Joyner
                                   J. CURTIS JOYNER, J.